FILING FEE PAID
In Forma Pauperis — NO
Angela E. Noble, Clerk

FILED BY _____
MAY 18 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 18-20939-CR-ALTONAGA

UNITED STATES OF AMERICA,
　Respondent

v.

SCHONTON HARRIS,
　Defendant

## NOTICE OF APPEAL

COMES NOW, defendant, Ms. Schonton Harris, pro se, respectfully appealing Order denying Compassionate Release dated May 4th, 2021 and received by defendant in institution mail after 4PM on Monday, May 10, 2021. Defendants appeal is predicated on the "type" of incarceration based on the CDC's scientific data regarding the carceral environment even after inmates receive vaccination to "help" prevent contraction of the virus that causes

Schenton Harris - 17775-104
Alderson Federal Prison Camp
Unit B-3
Box A - Glen Ray Rd.
Alderson, WV 24910

CHARLESTON WV 250
14 MAY 2021 PM 4 L

UNITED STATES DISTRICT COURT
Southern District of Florida
400 North Miami Avenue
ATTN: Clerk
Miami, Florida 33128-7716

33128-771899

MAY 18 2021
1:12 PM

USMS
INSPECTED    RECEIVED